UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>*Commissioner of Social Security*<br><br>    Defendant. | **JUDGMENT**<br><br>No. 4:24-CV-97-RN |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Robert T. Numbers, II for consideration on Plaintiff's brief and Commissioner of Social Security's response.**

**IT IS ORDERED, ADJUDGED AND DECREED**:
The court grants Bisignano's request for relief (D.E. 14), denies Patrick's request for relief (D.E. 12), and affirms the Commissioner's determination.

<u>This Judgment Filed and Entered on September 18, 2025 with service on:</u>
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky (via CM/ECF Notice of Electronic Filing)

                                                  PETER A. MOORE, JR., CLERK

                                                  /s/ Carson Pendergrass
                                                  (By): Carson Pendergrass, Deputy Clerk